UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRIC OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | B-03-049 |
| | § | |
| Vs, | § | Docket NO.: B-00-384 |
| | § | C, Of APPEALS NO.: |
| SALVADOR TOBIAS PEREZ | § | 01 - 40158 |

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

Juan Barbosa, Deputy -in- Charge-
Web site: http//www.txs.uscourt.gov
600 E. Harrison St. Room, 1158
Brownville, Texas 78520-7114
(956)     548- 2500
Hilda G. Tagle District Judge:
Brownsville............(956) 548-2510

**HABEAS CORPUS COVER LETTER TO THE CLERK**

    Please find enclosed an original and three copies of the Following: Petition for Writ of Habeas Corpus, Motion for Leave to proceed In Forma Pauperis and Declaration In Support, Motion for Appointment Of Counsel, and Proof of Service By Notarized for Filing.

    Once the petition has beeb filed please return the copy of each of the above pleading marked "Petitioner's File Copy".

DATE: February 20, 2003.        Salvador Perez Tovias
                                     sincerely;

UNITED STATES DISTRICT COURT,
FOR THE SOUTERN DOSTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal Action NO.: B-00-384 |
| | § | |
| SALVADOR TOBIAS PEREZ | § | COURT OF APPEALS NO.; 01- 40158 |

---

Juan Barbosa, Deputy -in-Charge
Web site: http//www.txs.uscourt.gov
600 E. Harrison St.Room,1158
Brownsville, Texas 78520-7114
(956) 548-2500
Hilda Tagle G. District Judge:
Brownsville.........(956)548-2510


RE:  Uited States Of America  Vs, Salvador Tobias Perez
                              (True Name and DOB:12/26/63.


Affiant's Affidavit of Identity ot Obtain in Request to Petition for Writ of Habeas Corpus, The Docket,NO.:B-00-384-001. C, OF APPEALS # NO.:01-40158. & Obtain Record's Pursuant to: **SALVADOR TOBIAS PEREZ (True Name)** (8 C.F.R.103§21 (b), Being First Duly Sworn on Oath, Deposes and Says:


*Salvador Perez Toyias*
Signed of Affiant


I am Currently in custody srving 87 Month's for the Charging of 21 U.S.C.§§§841 (a) (1), 841(b) (1) (B) AND §18 U.S.C.§§2 In Federal Custody Sentenced By Honorable District Judge Hilda G, Tagle. In the Southern District of Texas Brownsville Division

Sworn and Subcribe Before me, On This_____day Of_____,200___.By

STATE OF_____
COUNTY  OF_____
Notary Public:_____
My Commission Expires;      /     /

U.S. Department of Justice            **Certification of Identity** 

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    SALVADOR TOBIAS PEREZ

Citizenship Status [2]    N/A.;      Social Security Number [3]    N/A.;

Current Address    c/o REEVES COUNTY DETENTION CENTER p.o. Box 1560
Pecos, Texas 79772 REG# 94328-079 Rcdc#B-1/1.

Date of Birth    12-26, 1963.    Place of Birth    México, Tamaulipas

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    ✗ Salvador Pérez Tovias      Date    February 20, 2003.

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016                                                             FORM DOJ-361
EXPIRES 2/29/04                                                                                            APR.01

SALVADOR TOBIAS PEREZ   Docket:#NO.:B-00-384   REG#94328-079 Rcdc# B-1/1.

**U.S. Department of Justice**
United States Marshals Service

# Checklist of Judicial Districts

| DISTRICT | DIST NO. | | DISTRICT | DIST NO. | |
|---|---|---|---|---|---|
| N/Alabama | 1 | | E/Missouri | 44 | |
| M/Alabama | 2 | | W/Missouri | 45 | |
| S/Alabama | 3 | | Montana | 46 | |
| Alaska | 6 | | Nebraska | 47 | |
| Arizona | 8 | | Nevada | 48 | |
| E/Arkansas | 9 | | New Hampshire | 49 | |
| W/Arkansas | 10 | | New Jersey | 50 | |
| N/California | 11 | | New Mexico | 51 | |
| E/California | 97 | | N/New York | 52 | |
| C/California | 12 | | E/New York | 53 | |
| S/California | 98 | | S/New York | 54 | |
| Colorado | 13 | | W/New York | 55 | |
| Connecticut | 14 | | E/N Carolina | 56 | |
| Delaware | 15 | | M/N Carolina | 57 | |
| DC Superior Ct. | 7 | | W/N Carolina | 58 | |
| DC District Ct. | 16 | | North Dakota | 59 | |
| N/Florida | 17 | | N/Ohio | 60 | |
| M/Florida | 18 | | S/Ohio | 61 | |
| S/Florida | 4 | | N/Oklahoma | 62 | |
| N/Georgia | 19 | | E/Oklahoma | 63 | |
| M/Georgia | 20 | | W/Oklahoma | 64 | |
| S/Georgia | 21 | | Oregon | 65 | |
| Guam | 93 | | E/Pennsylvania | 66 | |
| Hawaii | 22 | | M/Pennsylvania | 67 | |
| Idaho | 23 | | W/Pennsylvania | 68 | |
| N/Illinois | 24 | | Puerto Rico | 69 | |
| S/Illinois | 25 | | Rhode Island | 70 | |
| C/Illinois | 26 | | South Carolina | 71 | |
| N/Indiana | 27 | | South Dakota | 73 | |
| S/Indiana | 28 | | E/Tennessee | 74 | |
| N/Iowa | 29 | | M/Tennessee | 75 | |
| S/Iowa | 30 | | W/Tennessee | 76 | |
| Kansas | 31 | | N/Texas | 77 | |
| E/Kentucky | 32 | | E/Texas | 78 | |
| W/Kentucky | 33 | | S/Texas | 79 | §§§§§§§§§§§§§§§§ |
| E/Louisiana | 34 | | W/Texas | 80 | |
| M/Louisiana | 95 | | Utah | 81 | |
| W/Louisiana | 35 | | Vermont | 82 | |
| Maine | 36 | | E/Virginia | 83 | |
| N/Mariana Islands | 5 | | W/Virginia | 84 | |
| Maryland | 37 | | Virgin Islands | 94 | |
| Massachusetts | 38 | | E/Washington | 85 | |
| E/Michigan | 39 | | W/Washington | 86 | |
| W/Michigan | 40 | | N/West Virginia | 87 | |
| Minnesota | 41 | | S/West Virginia | 88 | |
| N/Mississippi | 42 | | E/Wisconsin | 89 | |
| S/Mississippi | 43 | | W/Wisconsin | 90 | |
| | 44 | | D/Wyoming | 91 | |
| Col. Subtotal: | | | Col. Subtotal: | | |
| | | | Grand Total: | | |

Prior editions are obsolete and not to be used

Form USM-19
(Rev. 4/89)
Automated 01/01