UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
Juan Barbosa, Deputy -in-Charge-
Web site: http//www.txs.uscourt.gov
600 E. Harrison St, Room 1158
Brownsville, Texas 78520-7114
 (956)   548 - 2500
Hilda G, Tagle  District Judge:
(956)   >...........548 - 2510

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>         Respondent | § B-03-049<br>§<br>§  Criminal Action NO.:B- 00 - 384<br>   Court Of Appeals NO.:01- 40158<br>§<br>§ |
| Vs, | |
| SALVADOR TOBIAS PEREZ<br>         Defenddant | |

MOTION FOR   APPOINTMENT OF COUNSEL

   Plaintiff SALVADOR TOBIAS PEREZ, Pursuant to 42 U.S.C.§ 1915, requests this court to appoint counsel to represent him in this case for the folowing reasons:

   1. Plaintiff is not able to afford counsel.
   2. The issues involved in this case are complex.
   3. The prison limits the hours that Plaintiff may have Access to the prison limited.
   4. Plaintiff has a limited Knowledge of the law.
   5. The ends of Appointed to represent the plaintiff.

                                 Salvador Perez Tobias
                                 RESPECTFULLY SUBMITTED
                                 c/o REEVES COUNTY DETENTION CENTER
                                 REG# 94328-079  Rcdc#
                                 P. O. BOX 1560
DATE: February 20, 2003.        PECOS, TEXAS 79772