UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
Juan Barbosa, Deputy -in-Charge
Web site: http//www.txs.uscourt.gov
600 E. Harrison St. Room 1158
Brownsville, Texas 78520-7114
(956) 548- 2500
Hilda Tagle G. District Judge:
(956)>..........548 - 2510

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| <u>United States Of America</u><br>Respond's | § § | **B-03-049** |
| Vs, | § | Criminal Action No.:<br>B- 00 - 384 |
| <u>SALVADOR TOBIAS PEREZ</u><br>Defendant | § | Court Of Appeals No.:<br>01 - 40158 |

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

 Palintiff Salvador Tobias Perez, Pursuant to 28 §U.S.C.§1915, Move this Court for an order permitting to **Proceed Without Prepayment of Fee** and Costs or Security.
 Plaintiff has attached a declaration in support of this Motion.

*Salvador Perez Tobias*
RESPECTFULLY SUBMITTED
c/o Reeves County Detention Center
REG# 94328 - 079   Rcdc#
P. O. BOX 1560
Pecos, Texas 79772

DATE: February 20, 2003.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was duly served upon the following Parties by mail by depositing same at the United States Post Office, Postage prepaid "Embassy of México 1911 Pennsylvania N.W. Avenue Washington D.C.; 20006, and /or hand delivered to their last known address on February 20, 2003.

FPR;

| | |
|---|---|
| cc: In Jurisdiction;<br>C. Counsel Of México<br>P. O. BOX 2249<br>PRESIDIO, TEXAS 79845 | Juan Barbosa,-Deputy-in-Charge<br>Web site: http//www.txs.uscourt.gov<br>600 E. Harrison St, Room 1158<br>Brownsville, Texas 78520-7114<br>Hilda G. Tagle.: (548) 548-2510 |

*Salvador Perez Torres*
**RESPECTFULLY SUBMITTED**

SWORN AND SUBSCRIBED TO BEFORE ME, On This_____ day Of_____ 200_____,

Notary Public Signed:_____,

My Commission Expires:    /    /