4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2003

Michael N. Milby, Clerk of Court

SALVADOR TOBIAS PEREZ                    *

        VS                               *    C.A. NO. B-03-049

UNITED STATES OF AMERICA                 *

United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

The District Clerk is hereby ORDERED to mail to Salvador Tobias Perez the following forms at the address indicated below:

1.    Application for Writ of Habeas Corpus

2.    Application to Proceed in Forma Pauperis

      Salvador Tobias Perez, #94328
      c/o Reeves County Detention Center
      P. O. Box 1560
      Pecos, Texas 79772

DONE at Brownsville, Texas, this 7th day of March 2003.

Felix Recio
United States Magistrate Judge