## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SALVADOR TOBIAS PEREZ | * |
| | * |
| VS | * C.A. NO. B03-049 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-384) |

### NOTICE OF DISMISSAL
### FOR LACK OF PROSECUTION

On March 26, 2003, the U.S. District Clerk mailed to the Petitioner 2255 forms and application to proceed in forma pauperis. The Petitioner has failed to response and has not filed said documents.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by June 6, 2003.

DONE at Brownsville, Texas, this 5th day of May 2003.

Felix Recio
United States Magistrate Judge