United States District Court
Southern District of Texas
ENTERED
JUN 13 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 11 2003
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SALVADOR TOBIAS PEREZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-049 |
| | § | CRIMINAL NO. B-00-384 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 5, 2003, the Court reviewed the case file in the above-captioned matter, and determined that on March 26, 2003, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner failed to respond. Therefore, this Court ordered that the case would be dismissed if there was no response received from the Petitioner by June 6, 2003. As of June 9, 2003, there is still no response from the Petitioner in this cause of action, so the case should be **Dismissed without Prejudice.**

### RECOMMENDATION

For the above mentioned reasons, Petitioner's 28 U.S.C. § 2255 Writ of Habeas Corpus should be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

6

court, provided that the party has been served with notice that such consequences will result from a failure to object.[1]

DONE at Brownsville, Texas, this 10th day of June, 2003.

                                              Felix Recio
                                              United States Magistrate Judge

---

[1] <u>Douglass v. United States Automobile Association</u>, 79 F.3d 1415 (5th Cir. 1996).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SALVADOR TOBIAS PEREZ,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-03-049<br>CRIMINAL NO. B-00-384 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§ | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED WITHOUT PREJUDICE**.

DONE at Brownsville, Texas this _____ day of _____, 2003.

_____
Hilda Tagle
United States District Judge