United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SALVADOR TOBIAS-PEREZ, § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> Respondent. § | CIVIL CASE NO. B-03-049 <br> (CRIM. CASE NO. B-00-384) |

## ORDER ADOPTING THE FIRST AMENDED
## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the First Amended Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Report and Recommendation is hereby ADOPTED. Accordingly, the Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence is hereby DISMISSED. Resultantly, the habeas relief sought by Tobias-Perez is DENIED.

IT IS SO ORDERED.

DONE at Brownsville, Texas this ____ day of _August_____, 2004.

_____
Hilda Tagle
United States District Judge